UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
SINGER CONEY, LLC, et al.,

                           Plaintiffs,                          19-cv-8906 (PKC)

            -against-                                 ORDER

ROBERT AZINIAN,

                           Defendant.
-----------------------------------------------------------x

CASTEL, U.S.D.J.

        As a result of the pre-trial conference held today, fact discovery is extended to October 22, 2020. Expert discovery is extended to December 4, 2020. On consent, defendant's deposition will be taken by video transmission. The next conference will be Monday, November 9, 2020 at 11:00am.

        SO ORDERED.

                                                                   P. Kevin Castel
                                                   United States District Judge

Dated:  New York, New York
           May 1, 2020